UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA JACOBS, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 10-11981-JLT |
| | * | |
| JOHN FITZGERALD, et al., | * | |
| | * | |
| Defendants. | * | |

ORDER
===

November 18, 2010

TAURO, J.

After a Hearing held on November 18, 2010, this court hereby orders that:

1. Plaintiff's <u>Emergency Motion to Reference Case Back into Regular Federal Court and/or into District Court</u> [#1] is DENIED WITHOUT PREJUDICE.

2. This action is REMANDED to the U.S. Bankruptcy Court, District of Massachusetts, Eastern Division, where it is Case No. 09-21945.

IT IS SO ORDERED.

　　　　　　　　　　　　　　　　　　　　　　/s/ Joseph L. Tauro
　　　　　　　　　　　　　　　　　　　　　　United States District Judge